[No. 9350.  *En Banc.*  July 27, 1912.]

CHICAGO, MILWAUKEE & PUGET SOUND RAILWAY COMPANY, *Appellant*,
v. FRANK H. THAYER *et al., Respondents*.[1]

Appeal from a judgment of the superior court for King county, Gay, J., entered December 22, 1910, upon the verdict of a jury awarding damages in condemnation proceedings. Affirmed.

*F. M. Dudley, H. H. Field,* and *Charles S. Gleason,* for appellant.
*Jay C. Allen,* for respondents.

ON REHEARING.

PER CURIAM.—On appellant's petition a rehearing *en banc* has been granted in this action. After such rehearing, the majority of this court conclude that the result heretofore reached, and the judgment ordered by this court in its former opinion, 65 Wash. 402, 118 Pac. 318, should be sustained.

It is therefore ordered that the judgment of the superior court be affirmed.

---

[No. 9510.  *En Banc.*  July 27, 1912.]

W. H. FLUHART, *Respondent*, v. SEATTLE ELECTRIC COMPANY, *Appellant*.[2]

Appeal from a judgment of the superior court for King county, Tallman, J., entered October 24, 1910, upon the verdict of a jury rendered in favor of the plaintiff, in an action for personal injuries sustained by a pedestrian struck by a street car. Reversed.

*James B. Howe* and *A. J. Falknor,* for appellant.
*Douglas, Lane & Douglas,* for respondent.

ON REHEARING.

PER CURIAM.—On respondent's petition a rehearing *en banc* has been granted in this action. After such rehearing, the majority of this court conclude that the opinion heretofore filed herein, 65 Wash. 291, 118 Pac. 51, should be sustained.

It is therefore ordered that the judgment of the superior court be reversed, and that the cause be remanded with instructions to dismiss.

[1]Reported in 124 Pac. 1126.

[2]Reported in 124 Pac. 1127.